ANTOVEL PAINTING CO., INC., Respondent, v. WILAKA CONSTRUCTION Co., INC., Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich and Nunez, JJ.

MARION ROSLEY, Respondent, v. WALTER ROSLEY, Appellant.— Order,

Concur — Capozzoli, J. P., McNally, Tilzer and Macken, JJ.